IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE McDANIELS,

    Petitioner,

v.                                            Case No. 4:19cv577-MW/CAS

STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition, ECF No. 1, is **DISMISSED**. A Certificate of Appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on January 9, 2020.

                                                        **s/ MARK E. WALKER**
                                                        **Chief United States District Judge**